**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| **LEROY MILES,** | : | |
| | : | |
| **Petitioner,** | : | |
| **v.** | : | |
| | : | **Case No. 4:26-cv-763-CDL-ALS** |
| **MICHAEL W. NAIL,** | : | |
| | : | |
| **Respondent.** | : | |
| | : | |

**ORDER**

*Pro se* Petitioner Leroy Miles filed a petition for writ of habeas corpus. ECF No. 1. On May 13, 2026, the Court ordered Petitioner to supplement his petition and provided instructions regarding how to do so. ECF No. 3 at 2-3. Petitioner was also ordered either to file a motion to proceed *in forma pauperis* or to pay the $5.00 filing fee. *Id.* at 2. Petitioner was given fourteen days to respond and failed to do so. *Id.* at 4. On June 30, 2026, the Court ordered Petitioner to show cause why his action should not be dismissed for failure to respond to the May 13, 2026, Order. ECF No. 4. Plaintiff was warned that failure to respond would result in the dismissal of this action. *Id.* Petitioner was again given fourteen days to respond and failed to do so.

Due to Petitioner's failure to follow the Court's Orders and prosecute this action, the case is hereby **DISMISSED WITHOUT PREJUDICE**. Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) (first citing Fed. R. Civ. P. 41(b); then citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The court may dismiss an action *sua sponte* under Rule 41(b)

for failure to prosecute or failure to obey a court order.”).[1]

**SO ORDERED**, this 13th day of August, 2026.

s/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA

[1]Rule 12 of the Rules Governing Section 2254 Cases in the United States District Courts (“Habeas Rules”) provides: “The Federal Rules of Civil Procedure, to the extent that they are not inconsistent with any statutory provisions or these rules, may be applied to a proceeding under these rules.” Federal Rule of Civil Procedure 41(b) is not inconsistent with the any of the Habeas Rules.